WILLIAM A. WILLIAMSON, Appellant, *v.* ATLAS POWDER
COMPANY, Respondent.

*Commissions — action to recover broker's commissions on sale of
merchandise.*

*Williamson* v. *Atlas Powder Co.*, 212 App. Div. 68, reversed.

(Argued October 20, 1925; decided November 24, 1925.)

APPEAL from a judgment, entered March 3, 1925, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department, reversing a judgment in
favor of plaintiff entered upon a verdict and directing a
dismissal of the complaint. The action was to recover
broker's commissions upon a sale of merchandise. Upon
the trial no attempt was made to show that plaintiff was
the producing cause of the sale but it was argued that
plaintiff was entitled to the commission under a certain
agreement by. the terms of which plaintiff surrendered
a right to brokerage on· another sale. The Appellate
Division directed a dismissal of the complaint on the
ground that the alleged agreement had not been pleaded.

*William H. Clark* for appellant.

*James E. Duross* for respondent.

Judgment of the Appellate Division reversed and that
of the Trial Term affirmed, with costs in this court and
in the Appellate Division, on the dissenting opinion of
MERRELL, J., below.

Concur: HISCOCK, Ch. J., CARDOZO, POUND and
ANDREWS, JJ. Dissenting: McLAUGHLIN, CRANE and
LEHMAN, JJ.